PS 8
(12/04)

## UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

RECEIVED

OCT 19 2021

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

U.S.A. vs. **Shameke Fowler**                           Docket No. **19-804 (AET)-12**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW ACHEME AMALI PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Shameke Fowler**, who was placed under pretrial release supervision by the **HONORABLE DOUGLAS E. ARPERT** sitting in the Court at **Trenton, New Jersey,** on **September 26, 2019,** under the following conditions:

1. $150,000 Unsecured Appearance bond.
2. Pretrial Services Supervision.
3. Abstain from the use of alcohol.
4. Surrender all passports/travel documents. Do not apply for new travel documents.
5. Travel restricted to New Jersey, unless approved in advance by Pretrial Services.
6. Substance abuse testing and/or treatment as directed by Pretrial Services.
7. No contact with victims or witnesses or co-defendants unless in presence of counsel.
8. No possession or use of narcotic drugs unless prescribed by a licensed practitioner.
9. Resolve all outstanding warrants.
10. Maintain current residence or a residence approved by Pretrial Services.

On January 16, 2020, the defendant was arraigned on a superseding indictment and entered a not guilty plea to counts 1 & 2 of the superseding indictment.

On September 1, 2021, the defendant appeared before Honorable Douglas E. Arpert, U.S Magistrate Judge for a bail review hearing.

      Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **a Bail Review Hearing**

ORDER OF COURT

Considered and ordered this ___19th___ day of ___October___, 2021 and ordered filed and made a part of the records in the above case.

_____
Honorable Anne E. Thompson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 19, 2021_____

_____
ACHEME AMALI
U.S. Pretrial Services Officer

Bail review hearing set for 11/1/2021 @ 12:00pm via Zoom.