UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAMEKE FOWLER | Honorable Douglas E. Arpert<br><br>Criminal No. 19-804-12(AET)<br><br>**DETENTION ORDER** |

This matter having come before the Court on the Petition of the United States Probation Office, and the United States Attorney's Office (Martha K. Nye, Assistant United States Attorneys, appearing), and requesting an order revoking the defendant's bail, and defendant, Shameke Fowler failing to appear, but Linwood Jones, Esq., counsel for the defendant appearing; and counsel for defendant taking no position on the Government's request to revoke bail; for the reasons stated by the Court on the record; and for good cause shown:

IT IS, therefore, on this 29th day of November, 2021

ORDERED that the motion of the United States for an order revoking defendant's bail and detaining the defendant without bail pending trial is hereby GRANTED, and the defendant is hereby ORDERED DETAINED; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant

1

be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge