# United States District Court
for the
District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>SHAMEKE FOWLER<br>*Defendant* | **RECEIVED**<br>JAN 23 2024<br>AT 8:30 _____ M<br>CLERK, U.S. DISTRICT COURT - DNJ<br><br>Case No. 19-CR-804 (ZNQ)-12 |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __23rd__ day of __January__, 2024,

ORDERED that __Adam Axel__ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Hon. Douglas E. Arpert, U.S.M.J.